IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THEODORE HAUGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | ) | CV 26-00353 HG-KJM |

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) DISMISS THE COMPLAINT WITH LIMITED LEAVE TO AMEND; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 7)

The Findings and Recommendation having been filed and served on all parties on August 31, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the FINDINGS AND RECOMMENDATIONS TO (1) DISMISS THE COMPLAINT WITH LIMITED LEAVE TO AMEND; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 7) is adopted as the opinion and order of this Court.

**CONCLUSION**

Count 1 of the Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

Plaintiff is GRANTED LIMITED LEAVE to file 1) an Amended Complaint that cures all deficiencies identified in the Findings

and Recommendation on the remaining Counts and 2) a new Application to Proceed in District Court Without Prepaying Fees or Costs on or before **Friday, October 16, 2026.**

Failure to file an Amended Complaint and new Application to Proceed in District Court Without Prepaying Fees or Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 17, 2026.

Helen Gillmor
United States District Judge